# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Alfred Don Smith | **Case No :**<br>**Date :**<br>**Time :** | 12–28444 – E – 13C<br>9/11/12<br>03:00 |

**Matter :** [29] – Motion/Application to Value Collateral of GMAC Mortgage, LLC [SL–3] Filed by Debtor Alfred Don Smith (bons)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** NOT RECORDED
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Valuation of Collateral filed by Debtor(s) having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion pursuant to 11 U.S.C. § 506(a) is granted and the claim of GMAC Mortgage, LLC secured by a second deed of trust recorded against the real property commonly known as 3425 Lervwick Road, Sacramento, California, is determined to be a secured claim in the amount of $0.00, and the balance of the claim is a general unsecured claim to be paid through the confirmed bankruptcy plan. The value of the Property is $115,000.00 and is encumbered by senior liens securing claims which exceed the value of the Property.

Dated: September 14, 2012

By the Court

*Ronald H. Sargis* (signature)
Ronald H. Sargis, Judge
United States Bankruptcy Court